UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | No. 3:05-CR-32(04) |
| | ) | **(Phillips)** |
| **WILLIAM S. DENTON, III,** | ) | |
| | ) | |

## ORDER

Defendant has before the court a motion to continue the sentencing hearing currently set on Monday, September 25, 2006 and additionally for a continuance to file a sentencing memorandum on behalf of defendant [Doc 330]. The government does not oppose the requested continuance.

IT IS, HEREBY, ORDERED, that defendant's motion [Doc. 330] is hereby **GRANTED.** Counsel should contact the Court for rescheduling of the sentencing hearing. Defendant shall file their sentencing memorandum on or before fourteen (14) days before the new sentencing date.

**ENTER:**

      s/ Thomas W. Phillips
United States District Judge