# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) 3:05-CR-32 |
| | ) Judges Phillips/Guyton |
| WILLIAM S. DENTON, III, | ) |

## AGREED ORDER OF FORFEITURE

WHEREAS, on April 19, 2005, a Superseding Indictment was filed in the above-styled case, charging Defendant, WILLIAM S. DENTON, III, with, in Count One, violations of Title 21, United States Code, Sections 841(a)(1) and 846, in that he did, conspire to knowingly, intentionally and without authority distribute and possess with intent to distribute in excess of 1,000 kilograms of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

AND WHEREAS, in the Forfeiture Allegations of the Indictment in the above-styled case, the United States sought forfeiture, pursuant to Title 21, United States Code, Section 853(a), of the interest of the Defendant, WILLIAM S. DENTON, III, in property used, or intended to be used, to commit, or to facilitate the commission of violations of Title 21, United States Code, Sections 841(a)(1) and 846, and any and all property constituting, or derived from, any proceeds obtained directly or indirectly as the result of violations of Title 21, United States Code, Sections 841(a)(1) and 846, including, but not limited to the following:

    a. 2000 Chevrolet Corvette, VIN 1G1YY12G9Y5110046

AND WHEREAS, on August 7, 2006, Defendant, WILLIAM S. DENTON, III, pled guilty to Count One of the Superseding Indictment charging him with violations of Title 21,

United States Code, Sections 841(a)(1), (b)(1)(B) and 846, and agreed to forfeit his interest in the property described above.

AND WHEREAS, on August 7, 2006, the Court accepted said guilty plea of Defendant, WILLIAM S. DENTON, III, and by virtue of said guilty plea and conviction, the Court entered an Agreed Preliminary Order of Forfeiture on October 31, 2006 forfeiting his interest in the property described above.

AND WHEREAS, Defendant, WILLIAM S. DENTON, III, and the United States have agreed that the Defendant's father, William Denton, II, whose name is on the recorded title of said property, will pay $10,000.00 in United States currency to the United States by way of cashiers check, in full satisfaction of and in lieu of the forfeiture of his interest in the property referenced above in the Agreed Preliminary Order of Forfeiture, and the United States has agreed to accept said $10,000.00 in full satisfaction of its forfeiture action against said property.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED:

1. That the Defendant's father, William Denton, II, shall, pay $10,000.00, in United States currency to the United States or by cashier's check made payable to the United States Marshals Services, in full satisfaction of its forfeiture action against said property.

2. That said $10,000.00 in United States currency is hereby forfeited to the United States, pursuant to Title 21, United States Code, Section 853, and all right, title and interest in and to said currency be and the same is hereby vested in the United States.

3. That the United States Marshals Service, as custodian, shall dispose of said $10,000.00 in United States currency according to law.

4. That the Clerk of this Court provide a certified copy of this Agreed Order of Forfeiture to the United States Attorney's Office.

ENTER:

_____
THOMAS W. PHILLIPS
UNITED STATES DISTRICT JUDGE

Approved by:

JAMES R. DEDRICK
United States Attorney

By: _____
Hugh B. Ward, Jr.
Assistant United States Attorney

_____
William Denton, II
Father of Defendant, William S. Denton, III

_____
Donald A. Bosch
Attorney for William S. Denton, III