UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:05-CR-32 |
| v. | ) | |
| | ) | JUDGES PHILLIPS/GUYTON |
| WILLIAM S. DENTON, III | ) | |

## ORDER TO DISMISS

Upon the Government's Motion to Dismiss the following properties from the Forfeiture Allegations contained in the Superseding Indictment in this case:

(a) 1996 BMW M3S, VIN WBSBG9327TEY72701; and

(b) 1995 Dodge Truck, VIN 1B7HF16Y2SS138389

It is hereby ORDERED:

That the above-referenced properties be dismissed from the Superseding Indictment.

ENTER:

_____
THOMAS W. PHILLIPS
UNITED STATES DISTRICT JUDGE